# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Ryan Martin aka Jason R. Martin<br>      Amanda Gayle Martin aka Mandi Martin<br>aka Amanda G. Martin<br>                     Debtor(s) | BK NO. 25-03701 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                Respectfully submitted,

                                        /s/ *Matthew Fissel*
                                        Matthew Fissel
                                          19 Jan 2026, 13:35:25, EST

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322