United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason Ryan Martin  
Amanda Gayle Martin  
    Debtors

Case No. 25-03701-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 04, 2026      Form ID: ntnew341      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Ryan Martin, Amanda Gayle Martin, 34 Rockdale Dr., Seven Valleys, PA 17360-9634 |
| 5769974 | + | JASON RYAN MARTIN, AMANDA GAYLE MARTIN, 34 ROCKDALE DR., SEVEN VALLEYS, PA 17360-9634 |
| 5769998 | + | PENN STATE HEALTH, 500 UNIVERSITY DRIVE, HERSHEY, PA 17033-2391 |
| 5769997 | | PENN STATE HEALTH, P.O. BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 5769976 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5770001 | + | SPRINGFIELD TWP YORK CO. SEWER AUTH, P O BOX 75, SEVEN VALLEYS, PA 17360-0075 |
| 5770003 | | UPMC PHYSICIAN SERVICES, 417 BRIDGE STREET, DANVILLE, VA 24541-1403 |
| 5770005 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK, ATTN: BANKRUPTCY DEPT, PO BOX 1950, ST PAUL, MN 55101 |
| 5770006 | + | USDA HOUSING, P.O. BOX 790301, SAINT LOUIS, MO 63179-0301 |
| 5770007 | | WELLSPAN PHYSICIAN BILLING, P.O. BOX 742641, CINCINNATI, OH 45274-2642 |
| 5770008 | + | WELLSPAN PHYSICIAN BILLING SERVICES, 1803 MT. ROSE AVE., SUITE B3, YORK, PA 17403-3051 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 18:44:22 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5769981 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 04 2026 18:44:26 | AFFIRM, INC, 30 ISABELLA STREET, PITTSBURGH, PA 15212-5862 |
| 5769982 | ^ | MEBN | Feb 04 2026 18:38:11 | AFTERPAY, 760 MARKET STREET, FLOOR 2, SAN FRANCISCO, CA 94102-2402 |
| 5769983 | + | Email/PDF: bncnotices@becket-lee.com | Feb 04 2026 18:44:18 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5769984 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2026 18:44:22 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5769985 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 04 2026 18:44:18 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5769986 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2026 18:44:26 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, MONROE, LA 71203-4774 |
| 5769987 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 18:42:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5769988 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 04 2026 18:42:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG |

| Recip ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5775951 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2026 18:44:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5769975 | | Email/Text: hrohrbaugh@cgalaw.com | Feb 04 2026 18:42:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5769989 | + | Email/Text: EBN@edfinancial.com | Feb 04 2026 18:42:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5769990 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2026 18:42:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5773974 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2026 18:42:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5769991 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2026 18:42:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5769992 | | Email/Text: customerservice.us@klarna.com | Feb 04 2026 18:42:00 | KLARNA INC, 629 N. HIGH STREET SUITE 300, COLUMBUS, OH 43215 |
| 5769993 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2026 18:44:22 | KOHL'S, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5770511 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 18:44:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5769994 | + | Email/Text: Mercury@ebn.phinsolutions.com | Feb 04 2026 18:42:00 | MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064 |
| 5769995 | + | Email/Text: recovery@paypal.com | Feb 04 2026 18:42:00 | PAYPAL, LEGAL DEPT., 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 5769996 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2026 18:44:18 | PAYPAL / SYNCHRONY BANK, P. O. BOX 5138, TIMONIUM, MD 21094-5138 |
| 5769978 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2026 18:42:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5769999 | + | Email/PDF: ebnotices@pnmac.com | Feb 04 2026 18:55:08 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5770467 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2026 18:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5770000 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2026 18:42:00 | SANTANDER CONSUMER USA, INC, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5775077 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2026 18:42:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5770002 | ^ | MEBN | Feb 04 2026 18:38:06 | UPMC HEALTH SERVICES, PO BOX 371472, PITTSBURGH, PA 15250-7472 |
| 5770004 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 04 2026 18:42:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5770242 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 04 2026 18:44:26 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5772086 | + | Email/Text: EBN@edfinancial.com | Feb 04 2026 18:42:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5778649 | + | Email/Text: peritus@ebn.phinsolutions.com | | |

| Recip ID | Bypass Reason | Notice Type / Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 04 2026 18:42:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5772291 | + | Email/Text: bankruptcynotification@wellspan.org | Feb 04 2026 18:42:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5769980 | | Email/Text: kcm@yatb.com | Feb 04 2026 18:42:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |
| 5770009 | + | Email/Text: kcm@yatb.com | Feb 04 2026 18:42:00 | YORK ADAMS TAX BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5769979 | * | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5769977 | * | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5770010 | * | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Amanda Gayle Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Jason Ryan Martin hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Jason Ryan Martin,<br>aka Jason R. Martin, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−03701−HWV |
| Amanda Gayle Martin,<br>aka Mandi Martin, aka Amanda G. Martin, | |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 26, 2026<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 4, 2026 |

ntnew341 (09/23)