# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason Ryan Martin
Amanda Gayle Martin

Case No. 1-25-03701 HWV
Chapter 13

## SECOND MOTION TO EXTEND TIME
## FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 12th day of February, 2026, come the above Debtors, by their counsel, E. Haley Rohrbaugh, Esquire and CGA Law Firm, and file the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtors must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on December 31, 2025.

3. Debtors have provided counsel with most of the documents needed to complete their petition and are in the process of gathering a few remaining documents.

4. The Debtors requests an extension of thirty (30) days to file all remaining documents.

WHEREFORE, the Debtors requests an extension of time of thirty (30) days in which to file all remaining documents to accompany their bankruptcy petition.

{02452674/1}

Respectfully submitted,
CGA LAW FIRM, PC

By: /s/ E. Haley Rohrbaugh
E. Haley Rohrbaugh
Supreme Court I.D. No. 323803
135 North George Street
York, PA 17401-1282
717-718-7110
Counsel for Debtors

{02452674/1}

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Jason Ryan Martin
    Amanda Gayle Martin

Case No. 1-25-03701 HWV
Chapter 13

## ORDER EXTENDING TIME TO
## FILE ALL REMAINING DOCUMENTS

AND NOW, upon consideration of the Motion filed by the Debtors seeking to have the

time in which to file  all remaining documents extended, it is hereby

ORDERED that the time within which the Debtors must file all remaining documents be

extended  thirty (30)  days, to March 12, 2026.

BY THE COURT,

_____

{02452674/1}