IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
Jason Ryan Martin                                    Chapter 13
Amanda Gayle Martin
      Debtors                               Case No. 1:25-bk-03701-HWV

PENNYMAC LOAN SERVICES, LLC
      Movant

v.

Jason Ryan Martin
Amanda Gayle Martin
      Debtors

Annetta C. Martin
      Co-Obligors

Jack N. Zaharopoulos,
      Trustee

## RESPONSE OF DEBTOR TO MOTION
## OF U.S. BANK FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 16th day of April, come the Debtors, Jason Ryan Martin and Amanda Gayle Martin, by and through counsel, E. Haley Rohrbaugh., of the CGA Law Firm, and does file the within response of pleading averring that:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Annetta C. Martin is a co-obligor only, not a co-debtor in this Bankruptcy.

7.  Denied. Debtors admit to some missed payments, but is without sufficient information as to the exact amount of post-petition arrearage. Debtors submitted a loan modification application to which no response has been received. Debtors wish to have their application considered, but in the meantime are amending the Plan to add the post-petition arrears.

8.  Denied. Debtors are without sufficient information as to the exact amount necessary to reinstate the loan.

9.  Denied. Debtors are without sufficient information as to the exact amount necessary to pay off the loan.

10. Denied. For the reasons set forth above.

11. Denied. Debtors are without sufficient information as to the exact amount incurred by Movant.

12. Denied. For the reasons set forth above.

WHEREFORE, it is requested that the relief sought be denied.


Respectfully submitted,

*/s/ E. Haley Rohrbaugh*
E. Haley Rohrbaugh, Esq.
Sup. Ct. ID No. 323803
135 North George Street
York, PA 17401
717-848-4900
hrohrbaugh@cgalaw.com