United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Jason Ryan Martin

Amanda Gayle Martin

     Debtors

Case No. 25-03701-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: May 21, 2026

User: AutoDocke

Form ID: pdf010

Page 1 of 4

Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Jason Ryan Martin, Amanda Gayle Martin, 34 Rockdale Dr., Seven Valleys, PA 17360-9634 |
| 5801766 | + | Capital One Auto Finance, a division of Capital On, c/o Elizabeth Trachtman, 200 Eagle Road, Bldg 2, Suite 120, Wayne PA 19087-3115 |
| 5785918 | + | EMVLP, II, Cozen O'Connor - SED, 150 South Fifth Street, Suite 1200, Minneapolis, MN 55402-4138 |
| 5769974 | + | JASON RYAN MARTIN, AMANDA GAYLE MARTIN, 34 ROCKDALE DR., SEVEN VALLEYS, PA 17360-9634 |
| 5769998 | + | PENN STATE HEALTH, 500 UNIVERSITY DRIVE, HERSHEY, PA 17033-2391 |
| 5769997 | | PENN STATE HEALTH, P.O. BOX 829725, PHILADELPHIA, PA 19182-9725 |
| 5769976 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5770001 | + | SPRINGFIELD TWP YORK CO. SEWER AUTH, P O BOX 75, SEVEN VALLEYS, PA 17360-0075 |
| 5770003 | | UPMC PHYSICIAN SERVICES, 417 BRIDGE STREET, DANVILLE, VA 24541-1403 |
| 5770005 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US BANK, ATTN: BANKRUPTCY DEPT, PO BOX 1950, ST PAUL, MN 55101 |
| 5770006 | + | USDA HOUSING, P.O. BOX 790301, SAINT LOUIS, MO 63179-0301 |
| 5770007 | | WELLSPAN PHYSICIAN BILLING, P.O. BOX 742641, CINCINNATI, OH 45274-2642 |
| 5770008 | + | WELLSPAN PHYSICIAN BILLING SERVICES, 1803 MT. ROSE AVE., SUITE B3, YORK, PA 17403-3051 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5769981 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 21 2026 19:12:13 | AFFIRM, INC, 30 ISABELLA STREET, PITTSBURGH, PA 15212-5862 |
| 5769982 | ^ | MEBN | May 21 2026 18:57:29 | AFTERPAY, 760 MARKET STREET, FLOOR 2, SAN FRANCISCO, CA 94102-2402 |
| 5769983 | + | Email/PDF: bncnotices@becket-lee.com | May 21 2026 19:00:17 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5779372 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 19:00:17 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5779996 | | Email/PDF: bncnotices@becket-lee.com | May 21 2026 19:00:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5769984 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2026 19:00:22 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5769985 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 21 2026 19:00:27 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 5769986 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2026 19:00:22 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, MONROE, LA 71203-4774 |
| 5769987 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2026 19:01:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, |

COLUMBUS, OH 43218-2125

5769988    + Email/Text: dylan.succa@commercialacceptance.net

May 21 2026 19:01:00    COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303

5775951    + Email/PDF: acg.acg.ebn@aisinfo.com

May 21 2026 19:00:16    Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

5785128    + Email/PDF: acg.acg.ebn@aisinfo.com

May 21 2026 19:00:16    Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

5769975    Email/Text: hrohrbaugh@cgalaw.com

May 21 2026 19:01:00    E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132

5769989    + Email/Text: EBN@edfinancial.com

May 21 2026 19:01:00    EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359

5769990    Email/Text: sbse.cio.bnc.mail@irs.gov

May 21 2026 19:01:00    INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346

5773974    Email/Text: JCAP_BNC_Notices@jcap.com

May 21 2026 19:01:00    Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617

5769991    + Email/Text: JCAP_BNC_Notices@jcap.com

May 21 2026 19:01:00    JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500

5769992    Email/Text: customerservice.us@klarna.com

May 21 2026 19:00:00    KLARNA INC, 629 N. HIGH STREET SUITE 300, COLUMBUS, OH 43215

5769993    + Email/PDF: AIS.cocard.ebn@aisinfo.com

May 21 2026 19:00:26    KOHL'S, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043

5770511    Email/PDF: resurgentbknotifications@resurgent.com

May 21 2026 19:00:17    LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

5769994    + Email/Text: Mercury@ebn.phinsolutions.com

May 21 2026 19:01:00    MERCURY/FBT, ATTN: BANKRUPTCY, PO BOX 84064, COLUMBUS, GA 31908-4064

5769995    + Email/Text: recovery@paypal.com

May 21 2026 19:00:00    PAYPAL, LEGAL DEPT., 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021

5769996    + Email/PDF: ais.sync.ebn@aisinfo.com

May 21 2026 19:00:15    PAYPAL / SYNCHRONY BANK, P. O. BOX 5138, TIMONIUM, MD 21094-5138

5769978    Email/Text: RVSVCBICNOTICE1@state.pa.us

May 21 2026 19:01:00    PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946

5784614    + Email/PDF: ebnotices@pnmac.com

May 21 2026 19:12:14    PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410

5769999    + Email/PDF: ebnotices@pnmac.com

May 21 2026 19:12:08    PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387

5785221    Email/Text: bnc-quantum@quantum3group.com

May 21 2026 19:01:00    Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788

5770467    Email/Text: bnc-quantum@quantum3group.com

May 21 2026 19:01:00    Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788

5770000    + Email/Text: enotifications@santanderconsumerusa.com

May 21 2026 19:01:00    SANTANDER CONSUMER USA, INC, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244

5775077    + Email/Text: enotifications@santanderconsumerusa.com

May 21 2026 19:01:00    Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | | 75356-0284 |
| 5770002 | ^ MEBN | May 21 2026 18:57:02 | UPMC HEALTH SERVICES, PO BOX 371472, PITTSBURGH, PA 15250-7472 |
| 5770004 | + Email/Text: UpStart@ebn.phinsolutions.com | May 21 2026 19:01:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5770242 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 21 2026 19:00:16 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5772086 | + Email/Text: EBN@edfinancial.com | May 21 2026 19:01:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5778649 | + Email/Text: peritus@ebn.phinsolutions.com | May 21 2026 19:01:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5784450 | Email/PDF: ebn_ais@aisinfo.com | May 21 2026 19:00:27 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5772291 | + Email/Text: bankruptcynotification@wellspan.org | May 21 2026 19:01:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5769980 | Email/Text: kcm@yatb.com | May 21 2026 19:00:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |
| 5770009 | + Email/Text: kcm@yatb.com | May 21 2026 19:00:00 | YORK ADAMS TAX BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5769979 | * | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5769977 | * | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5770010 | * | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. ANHSOrlans@InfoEx.com |

District/off: 0314-1

Date Rcvd: May 21, 2026

User: AutoDocke

Form ID: pdf010

Page 4 of 4

Total Noticed: 52

Elizabeth Haley Rohrbaugh

on behalf of Debtor 2 Amanda Gayle Martin hrohrbaugh@cgalaw.com
ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com

Elizabeth Haley Rohrbaugh

on behalf of Debtor 1 Jason Ryan Martin hrohrbaugh@cgalaw.com
ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Jason Ryan Martin<br>aka Jason R. Martin<br>Debtor 1 | Chapter: 13 |
| Amanda Gayle Martin<br>aka Mandi Martin<br>aka Amanda G. Martin<br>Debtor 2 | Case No.: 1:25-bk-03701-HWV |
| Jack N. Zaharopoulos, Standing<br>Chapter 13 Trustee<br>Movant(s) | Document No.: 41 |
| vs. | |
| Jason Ryan Martin<br>aka Jason R. Martin | |
| Amanda Gayle Martin<br>aka Mandi Martin<br>aka Amanda G. Martin<br>Respondent(s) | |

## ORDER

Upon consideration of the Court's May 20, 2026 Order, Doc. 41, and it appearing that

this Order was entered in error, it is

**ORDERED** that the Court's May 20, 2026 Order is vacated.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 21, 2026