United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                  Case No. 25-03701-HWV

Jason Ryan Martin                                                                Chapter 13

Amanda Gayle Martin

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                              Page 1 of 2

Date Rcvd: Jun 01, 2026                    Form ID: pdf010                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

**Recip ID**                  **Recipient Name and Address**

      +   Annetta C. Martin, 34 Rockdale Drive, Seven Valleys, PA 17360-9634

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Amanda Gayle Martin hrohrbaugh@cgalaw.com ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Jason Ryan Martin hrohrbaugh@cgalaw.com ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

District/off: 0314-1

Date Rcvd: Jun 01, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Amanda Gayle Martin aka Mandi Martin aka Amanda G. Martin<br>Jason Ryan Martin aka Jason R. Martin<br>Debtors | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>Moving Party<br>vs. | CASE NO. 1:25-bk-03701-HWV |
| Amanda Gayle Martin aka Mandi Martin aka Amanda G. Martin<br>Jason Ryan Martin aka Jason R. Martin<br>Debtors<br>Annetta C. Martin<br>Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Jack N Zaharopoulos<br>Trustee | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Pennymac Loan Services, LLC, Doc. 24, and it appearing that this matter has been resolved via Stipulation, Doc. 45, it is

**ORDERED** that the Stipulation is approved. However, this Court retains discretion regarding entry of any further order.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 1, 2026