IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason Ryan Martin
Amanda Gayle Martin

        Debtors

Capital One Auto Finance, a
Division of Capital One, N.A.

        Movant

v.

Jason Ryan Martin
Amanda Gayle Martin

        Debtors

Jack N. Zaharopoulos

        Trustee

Chapter 13

Case No. 1-25-03701-HWV

## DEBTORS' ANSWER TO MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY BY MOVANT

COMES NOW, this 7th day of July, 2026, the above Debtors, Jason R. Martin and Amanda G. Martin, by their counsel, CGA Law Firm, E. Haley Rohrbaugh, Esquire, and file the within Answer to Capital One Auto Finance a Division of Capital One, N.A,'s Motion for Relief from the Automatic Stay.

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. This Paragraph contains a legal conclusion to which no response is required.

{02401306/1}

5. Denied. Debtors are not privy to the exact amount due.

6. Denied. Debtors are not privy to the exact amount due, nor has an accounting been provided to itemize the $4,024.55 and $13,097.84 allegedly owed.

7. Denied. The value of the vehicle is as reported on Schedule B of the Debtors' schedules, but the difference is minimal.

8. Admitted.

9. Denied. There is sufficient equity, as admitted by Movant in its own Motion, above and beyond the lien amount to provide Adequate Protection to the Movant.

10. Denied. For the reasons set forth in Paragraph 9.

11. Denied. For the reasons set forth above. By way of further response, the Debtors are willing to amend their Plan to address the arrears alleged by Movant in order to resolve the Motion.

WHEREFORE, Debtors respectfully request that this Honorable Court deny the Motion for Relief from the Automatic Stay filed by Capital One Auto Finance..

Respectfully submitted,

CGA Law Firm


/s/E. Haley Rohrbaugh, Esquire
E. Haley Rohrbaugh, Esquire
Sup. Ct. ID No. 323803
135 North George Street
York, PA 17401-1282
Telephone: 717-848-4900
*Counsel for Debtor*

{02401306/1}