IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JASON RYAN MARTIN, | : | CHAPTER 13 |
| AMANDA GAYLE MARTIN, | : | |
|     Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
|     vs. | : | CASE NO. 1:25-BK-03701-HWV |
| | : | |
| JASON RYAN MARTIN, | : | |
| AMANDA GAYLE MARTIN, | : | |
|     Respondent | : | |

**TRUSTEE'S MOTION TO DISMISS CASE
IN ACCORDANCE WITH §§ 1307 AND 1326**

AND NOW, on August 6, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reasons:

1. On December 31, 2025, Debtors filed a Petition under Chapter 13 of the Bankruptcy Code. (ECF No. 1).

2. Debtors were therefore required to commence payments on or before January 30, 2026.

3. Debtors filed the Chapter 13 Plan on March 31, 2026, citing payments which were to have commenced in April 2026 in the amount of $1,600.00 to be paid to the Trustee monthly. (ECF No. 22).

4. Debtors filed First Amended Chapter 13 Plan on May 19, 2026, citing payments which were to have commenced in June 2026 in the amount of $1,200.00 to be paid to the Trustee monthly. (ECF No. 38).

5.     As of the date of this filing, Debtors have not yet commenced payments.

6.     Accordingly, the Trustee believes and therefore avers Debtors has failed and/or refused to make payments.

7.     Pursuant to § 1326(a)(1), "unless the court orders otherwise, the debtor shall commence making payments no later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier, in the amount- (A) proposed by the plan to the trustee."

8.     Pursuant to § 1307(c)(1), the court may dismiss a case for unreasonable delay by the debtor that is prejudicial to creditors. The Debtor's failure to commence payments here is prejudicial to creditors.

9.     Finally, pursuant to §1307(c)(4), the court may dismiss a case for failure to commence payments under §1326.

WHEREFORE, the Trustee respectfully requests that this Honorable Court dismiss the case in accordance with §§ 1307 and 1326 and grant any further relief that is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder
Attorney for Trustee

IN RE:                                          :
JASON RYAN MARTIN,                              :          CHAPTER 13
AMANDA GAYLE MARTIN,                            :
    Debtor                 :
                                            :
                                            :
JACK N. ZAHAROPOULOS                            :
STANDING CHAPTER 13 TRUSTEE                     :
    Movant                 :
                                            :
    vs.                    :          CASE NO. 1:25-BK-03701-HWV
                                            :
JASON RYAN MARTIN,                              :
AMANDA GAYLE MARTIN,                            :
    Respondent             :

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on August 6, 2026.

If you object to the relief requested, you must file your objection/response on or before August 20, 2026, with the Clerk of Bankruptcy Court Sylvia H. Rambo United States Courthouse, Bankruptcy Courtroom 4B, 4th Floor, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on Jack N. Zaharopoulos, Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036.

A hearing has been scheduled at:

    Sylvia H. Rambo United States Courthouse    Date: September 9, 2026
    Bankruptcy Courtroom 4B, 4th Floor    Time: 9:35 AM
    1501 North 6th Street
    Harrisburg, PA 17102

and will be held regardless of any objections or responses having been filed.

    Respectfully submitted,

Date: August 6, 2026

    /s/ Douglas R. Roeder, Esquire
    ID: 80016
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    Email: info@pamd13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JASON RYAN MARTIN, : CHAPTER 13
AMANDA GAYLE MARTIN, :
    Debtor :
     :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs. : CASE NO. 1:25-BK-03701-HWV
     :
JASON RYAN MARTIN, :
AMANDA GAYLE MARTIN, :
    Respondent :

## **CERTIFICATE OF SERVICE**

    I certify that I am more than 18 years of age and that on August 6, 2026, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

E. HALEY ROHRBAUGH             UNITED STATES TRUSTEE
CGA LAW FIRM, P.C.                  PO BOX 302
135 NORTH GEORGE ST          1501 NORTH 6TH STREET
YORK, PA 17401                   HARRISBURG, PA 17102


Served by First Class Mail

JASON RYAN MARTIN
AMANDA GAYLE MARTIN
34 ROCKDALE DR
SEVEN VALLEYS, PA 17360


I certify under penalty of perjury that the foregoing is true and correct.

Date: August 6, 2026;                  /s/ Ashley Schott
                                        Office of the Standing
                                        Chapter 13 Trustee
                                        Jack N. Zaharopoulos
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA 17036
                                        Phone:(717)566-6097
                                        Email: info@pamd13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JASON RYAN MARTIN, | : | CHAPTER 13 |
| AMANDA GAYLE MARTIN, | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | CASE NO. 1:25-BK-03701-HWV |
| | : | |
| JASON RYAN MARTIN, | : | |
| AMANDA GAYLE MARTIN, | : | |
| Respondent | : | |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application