UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>JASON RYAN MARTIN<br>AMANDA GAYLE MARTIN<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>JASON RYAN MARTIN<br>AMANDA GAYLE MARTIN<br>Respondents | CHAPTER 13<br><br>CASE NO. 1:25-BK-03701-HWV |

# TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Trustee avers that Debtors' Plan is not feasible based upon the following: a) Insufficient Monthly Net Income as indicated on Schedules I and J; b) The Plan is underfunded relative to claims to be paid – 100%. The Trustee calculates that it must pay at least $114,829.00 based on the current claims paid in the Plan; c) The Plan is inconsistent with Proofs of Claims filed and/or approved by the Court, specifically in that no proof of claim has been filed for Springfield Township; and d) Secured claim #16 is not addressed in the Plan.

2. Debtors have not demonstrated that all tax returns have been filed as required by § 1325(a)(9), specifically as to unfiled 2022 and 2025 Federal taxes, and 2022 through 2024 Local taxes.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: October 28, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA 17401

Dated: October 28, 2026

/s/ Tanya Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee